PHILIP J. MACKEY, *Pro Hac Vice*
pmackey@lewisrice.com
DAVID W. GEARHART, *Pro Hac Vice*
dgearhart@lewisrice.com
LEWIS RICE LLC
600 Washington Avenue, Suite 250
St. Louis, Missouri  63101
Telephone:  (314) 444-1343

ERIN WEESNER-MCKINLEY, CASB No. 107680
erin.weesner-mckinley@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California  90802
Telephone:    (562) 436-2000

BEN SUTER, CASB No. 107680
ben.suter@kyl.com
GARRETT R. WYNNE, CASB No. 220665
garrett.wynne@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:    (415) 398-6000

Attorneys for Defendant
BUILD-A-BEAR WORKSHOP, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| KENNETH SMITH, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>            vs.<br><br>BUILD-A-BEAR WORKSHOP, INC.,<br><br>                        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:15-cv-03457-JAK-GJS<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE:**

PLEASE TAKE NOTICE THAT Plaintiff KENNETH SMITH ("Smith") and Defendant BUILD-A-BEAR WORKSHOP ("Build-A-Bear") (collectively "the Parties") have reached a settlement in principle.  The Parties are in the process of finalizing terms and expect that a settlement agreement will be executed shortly.  Accordingly, the Parties respectfully request that the Court vacate all hearings and other events currently on calendar.

Smith shall file a Notice of Dismissal once the terms of the final settlement agreement have been finalized.

*Pursuant to Local Rule 5-4.3.4, Garrett R. Wynne hereby attests that the signatories listed below concur in the filing's content and have authorized the filing.*

Respectfully submitted by,

DATED:  July 22, 2015

/s/ Philip J. Mackey_____
PHILIP J. MACKEY
DAVID W. GEARHART
LEWIS RICE LLC
Attorneys for Defendant
BUILD-A-BEAR WORKSHOP, INC.

DATED:  July 22, 2015

/s/ Ben Suter_____
BEN SUTER
GARRETT R. WYNNE
ERIN WEESNER-MCKINLEY
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
BUILD-A-BEAR WORKSHOP, INC.

DATED:  July 22, 2015

/s/ Michael T. Harrison_____
MICHAEL T. HARRISON
THE SANTA CLARITA LAW FIRM
Attorneys for Plaintiff
KENNETH SMITH